**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Kenneth Warren DeJean
Attorney at Law
P. O. Box 4325
Lafayette LA 70502

**REHEARING ACTION: February 13, 2013**

**Docket Number: 12   00329-CA**

**LOUIS FOX, ET UX.**
**VERSUS**
**THE SHAW GROUP, ET AL.**

**Appealed from Rapides Parish Case No. 235,492**

**BEFORE JUDGES:**

      Hon. Sylvia R. Cooks
      Hon. Marc T. Amy
      Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Louis Fox** and **Jo Ann Fox** has this day been

      **DENIED.**

cc: Scott Brian Kiefer, Counsel for the Appellee
    James A. Bolen, Jr., Counsel for the Appellee
    Thomas E. Balhoff, Counsel for the Appellee